**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Tunijia Nowden-Pizarro,
Plaintiff,
v.
Valley Hospital Medical Center,
Defendants.

Case No. 2:25-cv-02511-CDS-DJA

**Order**

"No ENE will be conducted in cases subject to arbitration." Docket No. 3. Defendant has filed a motion to compel arbitration. Docket No. 11. The Court will not set an early neutral evaluation pending resolution of the motion to compel arbitration.

IT IS SO ORDERED.

Dated: October 14, 2026

Nancy J. Koppe
United States Magistrate Judge