**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Tunijia Nowden-Pizarro,

Plaintiff,

v.

Valley Hospital Medical Center,

Defendant.

Case No. 2:25-cv-02511-CDS-DJA

**Order**

Before the Court is Plaintiff's motion for leave to file documents electronically. (ECF No. 15). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 15).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 15) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: October 30, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE